IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

    v.

JOSHUA G. HALSEY

Case No.  2:18 MJ 75
Court Date:  February 9, 2018

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor)-Violation Notice No. 7255427

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA G. HALSEY, did unlawfully drive and operate a motor vehicle while under the influence of alcohol and with a blood alcohol concentration of at least .15 grams per 210 liters of breath, but not more than .20 grams per 210 liters of breath, as indicated by a chemical test, to wit: did have a blood alcohol concentration of .15 grams per 210 liters of breath.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 18.2-266 and 18.2-270.)

COUNT TWO
(Infraction)-Violation Notice No. 7255428

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA G. HALSEY, did

fail to display lighted headlights as required after sunset and while operating a motor vehicle upon a highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-1030.)

COUNT THREE
(Infraction)-Violation Notice No. 7255429

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA G. HALSEY, did fail to carry his driver's license while operating a motor vehicle upon a highway.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-104.)

COUNT FOUR
(Misdemeanor)- Violation Notice No. 7255430

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA G. HALSEY, did knowingly and willfully engage in conduct in a public place, with the intent to cause public inconvenience, annoyance or alarm, and recklessly create a risk thereof.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-415.)

COUNT FIVE
(Misdemeanor)- Violation Notice No. 7255431

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JOSHUA G. HALSEY, having received a visible and audible signal from a law enforcement officer to bring his motor vehicle to a stop, did drive his vehicle in a willful and wanton disregard of such signal and did attempt to escape and elude such law enforcement officer.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-817).

COUNT SIX
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about February 4, 2018, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JOSHUA G. HALSEY, did knowingly and unlawfully assault, resist, oppose, impede, intimidate, and interfere with employees of the United States Government engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111.)

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

By: _James T. Cole_____

James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

3

CERTIFICATE OF MAILING

     I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

6 February 2018
Date